THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES STOLOF, JOSEPH RIVLIN and JACOB WELLNER, Appellants, v. HENRY O. SCHLETH, as Warden of the City Prison, Borough of Brooklyn, City of New York, Respondent.— Order dismissing habeas corpus proceedings and remanding the appellants to custody affirmed. The function of habeas corpus is not to review questions which might have been determined on appeal. Hagarty, Carswell, Davis, Adel and Taylor, JJ., concur.

MORRIS RODIN, Respondent, v. HENRY WAGNER, Appellant.— Order of the County Court of Nassau county denying the defendant's motion to dismiss for lack of prosecution reversed on the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. Plaintiff has not explained the neglect to prosecute this action, and the discretion of the county judge was improperly exercised. Carswell, Davis, Johnston, Adel and Close, JJ., concur.

SAMUEL ROSENSTEIN, Appellant, v. THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY OF MILWAUKEE, WISCONSIN, Respondent.— The action is on a life insurance policy. Plaintiff admits the falsity of the representations contained in the assured's application, which was made a part of the policy, and claims after the delivery of the policy they were waived by defendant. Order granting summary judgment and judgment entered thereon unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Hagarty, Davis, Johnston, Taylor and Close, JJ.

FRANK SHANNON, Individually and as Guardian ad Litem of EDWARD SHANNON, an Infant under the Age of Fourteen, Respondents, v. ABRAHAM ROSNER and Others, as Trustees of Union Free School District No. 28, Town of Hempstead, County of Nassau, Appellants.— The infant plaintiff has recovered a judgment for personal injuries suffered by falling while passing through a dark garret used as a passageway in a public school and coming in contact with an iron ventilator stored therein. Judgment of the County Court of Nassau county unanimously affirmed, with costs. No opinion. Present — Hagarty, Davis, Johnston, Taylor and Close, JJ.

JESSIE SKELLY, as Administratrix, etc., of THOMAS SKELLY, Deceased, Respondent, v. BROOKLYN AND QUEENS TRANSIT CORPORATION, Appellant.— In an action to recover for the wrongful death of a ten-year-old boy who was struck by defendant's trolley car, judgment in favor of plaintiff unanimously affirmed, with costs. No opinion. Present — Hagarty, Carswell, Johnston, Adel and Close, JJ.